

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-20-2012

# George Vasquez v. Strada

Precedential or Non-Precedential: Precedential

Docket No. 12-1114

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"George Vasquez v. Strada" (2012). *2012 Decisions.* Paper 783.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/783

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 6, 2012

No. <u>12-1114</u>

George Vasquez, Appellant

v.

Warden Strada

(M.D. Pa. No. 11-cv-01710)

Present:   SLOVITER, SMITH and COWEN, <u>Circuit Judges</u>

  1.   Appellee's motion to designate Panel Opinion as Precedential.


                                        Respectfully,
                                        Clerk/tyw

_____ORDER_____

The foregoing motion is granted.  The Not Precedential Per Curiam Opinion filed on June 1, 2012, will be reissued as a Precedential Opinion.   The filing date of the Opinion and Judgment will not be changed.


                                        By the Court,

                                        /s/ Robert E. Cowen
                                        Circuit Judge


Dated:        June 20, 2012
tyw/cc:       Mr. George Vasquez
              J. Justin Blewitt, Jr., Esq.